UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAR PRODUCTS, INC.,
     Plaintiff,

vs.                        Case No.:   3:20cv6017/MCR/EMT

ZHONGSHAN FENGYE ELECTRICAL
APPLIANCES CO., LTD., agent of
Techwood,
     Defendant.
_____/

## ORDER

The Chief Magistrate Judge issued a Report and Recommendation on August 31, 2021 (ECF No. 25).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There are no timely filed objections.

Having considered the Report and Recommendation, and the record, the undersigned has determined the Report and Recommendation should be adopted. And in addition to the lack of opposition to the motion, as found by the Chief Magistrate Judge, the Court has reviewed the record and finds Plaintiff has shown (1) a substantial likelihood of success on the merits; (2) that Plaintiff will suffer irreparable injury absent an injunction; (3) that the threatened injury to the Plaintiff outweighs whatever damage the proposed injunction may cause the Defendant; and

(4) that "if issued, the injunction would not be adverse to the public interest." *Siegel*

*v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000).

  Accordingly, it is now **ORDERED** as follows:

  1. The Chief Magistrate Judge's Report and Recommendation (ECF No.

25) is adopted and incorporated by reference in this order.

  2. Plaintiff's motion for a preliminary injunction, ECF No. 3, is

**GRANTED** pursuant to N.D. Fla. Loc. R. 7.1(H).

  3. Plaintiff is required to file a proposed order within fourteen days of

entry of this order which is consistent with and incorporates the relief requested in

Plaintiff's motion for a preliminary injunction.

  **DONE AND ORDERED** this 29th day of September 2021.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**